IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BELINDA JOHNSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-00916-CV-W-HFS |
| | ) |
| HUMANA INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

ORDER

The parties have filed a stipulation of dismissal of all claims raised in this matter, with prejudice.

Accordingly, the above-captioned case is DISMISSED with prejudice, each party to bear their own costs, expenses, and attorneys' fees.

SO ORDERED.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

September 7, 2021

Kansas City, Missouri